# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD CARRENO, Individually and**                **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

V.                   No. 4:20-cv-01502-ERE

**EVERGREEN PACKAGING, LLC.**                   **DEFENDANT**

## ORDER

Pending before the Court is a Joint Stipulation for Conditional Certification and Motion for Approval of FLSA Collective Action Settlement *(Doc. 15)*.

Under § 216(b) of the Fair Labor Standards Act, Plaintiff proposes a collective action to include:

> All hourly-paid employees of Evergreen Packaging, LLC, who worked at its plant in Pine Bluff, Arkansas, in the Super Cal Winder and/or Paper Machine #1 Departments, and who worked more than 38 hours in any week between December 29, 2017, and October 14, 2021.

Plaintiff asserts that Defendant did not pay them proper overtime wages because the timeclock rounded against the employees' hours. Defendant denies Plaintiff's claims, but agrees that settlement is appropriate.

After some discovery, the parties engaged in a settlement conference with a third-party mediator on October 14, 2021. Ultimately, the parties reached an agreement regarding the settlement amount and notice to potential plaintiffs. After liability was resolved, they settled the attorneys' fees issue.

Having reviewed the parties' submissions, the Court approves the agreed-to notice, certification of the class, and settlement of the claims. Accordingly, the Joint Motion to Approve and Dismiss *(Doc. 15)* is GRANTED. This case is DISMISSED with prejudice, subject to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 26th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE